Form schobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Jay M Maxson and Heather L Maxson    *Case No.:* 18−71654
***Debtor***

*Chapter:* 7

---

### OBJECTION DATE NOTICE

*Notice is hereby provided:*

On 12/03/18, Santander Consumer USA Inc. filed a Motion for Relief from Stay on a 2012 Nissan Altima, VIN # 1N4AL2AP7CC134841 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **12/20/18**.

You must also serve a copy on interested parties and file a proof of service with the clerk of the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 12/3/18

　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:  
Jay M Maxson  
Heather L Maxson  
     Debtors

Case No. 18-71654-mpg  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0753-3     User: emcc     Page 1 of 1     Date Rcvd: Dec 03, 2018  
                     Form ID: schobj    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.  
db/jdb       +Jay M Maxson,    Heather L Maxson,    2982 Buffalo Lane,    Normal, IL 61761-7519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:  
         Cari Kauffman    on behalf of Creditor    Santander Consumer USA Inc. ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com  
         Jeffrey D Richardson    jdrdec@aol.com, il37@ecfcbis.com  
         Joseph Camiel Pioletti    on behalf of Debtor Jay M Maxson piolettilaw@piolettilaw.com  
         Joseph Camiel Pioletti    on behalf of Joint Debtor Heather L Maxson piolettilaw@piolettilaw.com  
         U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov  
                                                                                         TOTAL: 5